UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MEDLOCK,<br>Plaintiff,<br>v.<br>B. CATES, et al.,<br>Defendants. | Case No. 26-cv-04576-VC<br><br>**ORDER OF DISMISSAL** |

The court dismissed Joshua Medlock's habeas petition with leave to amend on June 29, 2026, requesting Medlock file an amended petition within 28 days using the court's form petition explaining whether he is serving a determinate or indeterminate sentence. Dkt. No. 5. The deadline to do so has passed and Medlock has not responded nor communicated with the court. The petition is therefore dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: August 27, 2026

VINCE CHHABRIA
United States District Judge